1:14-CV-552 GTS/CFH

# FILE ON DEMAND

**MANDATORY NOTICE OF CLAIMANT'S RIGHT TO COURT WITHOUT "FEES"** As found in: New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York, 2 Black 620 (1863) Please take mandatory notice (Federal Rules of Evidence 201(d)) that Plaintiff has a lawful right to proceed without cost, based upon the following law: The U.S. Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also Crandall v. Nevada, 6 Wall 35). Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v. Henkel)( 201 U.S. 43)

**COMES NOW NEW YORK UNIFIED COMMON LAW GRAND JURY TO DEMAND** that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the clerk file the attached. Any clerk who fails to obey the law shall be prosecuted to the fullest extent of the law. Any attorney or judge advising or intimidating clerks to violate the law will also be prosecuted to the fullest extent of the law. Clerks, attorneys, judges and other officers of the court are expected to know the law. **18 USC § 2076** – Clerk is to file.

**18 USC §1512** (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, **delay, or prevent the testimony of any person in an official proceeding**; (2) cause or induce any person to -- (A) withhold testimony, or **withhold a record, document**, or other object, **from an official proceeding**; (B) **alter, destroy, mutilate, or conceal** an object with intent to impair **the** object's **integrity or availability for use in an official proceeding**; … shall be fined under this title or imprisoned not more than 20 years, or both. (3) … (c) Whoever corruptly—(1) **alters, destroys, mutilates, or conceals a record, document**, or other object, **or attempts to do so**, with the intent **to impair the object's integrity or availability for use in an official proceeding**; or (2) otherwise **obstructs, influences, or impedes any official proceeding**, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC § 2071** - Concealment, removal, or mutilation generally – (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.