**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNIFIED NEW YORK COMMON LAW
GRAND JURY,

                                Plaintiff,

      v.                                       No. 14-CV-552
                                                     (GTS/CFH)

JONATHAN LIPPMAN, et al.,

                                Defendants.

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER

      Plaintiff commenced this action in New York State, Supreme Court, County of Greene.  Plaintiff filed a Notice of Removal.  Dkt. No. 1.  This matter has been assigned to the undersigned, Magistrate Christian F. Hummel.  As the undersigned has a personal relationship with a number of the defendants, this matter must be reassigned to another Magistrate Judge.  See 28 U.S.C. § 455.

      **WHEREFORE**, it is hereby

      **ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with 42 U.S.C. § 455, and it is further

      **ORDERED**, that the Clerk of the Court shall assign this case at random and provide this Court with a debit in the appropriate category, and it is further

      **ORDERED**, that the Clerk of the Court shall serve this Order upon the parties who have appeared in this action.

**IT IS SO ORDERED**.

Dated:  May 21, 2014
        Albany, New York

_Christian F. Hummel_
Christian F. Hummel
U.S. Magistrate Judge