UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNIFIED NEW YORK COMMON LAW GRAND JURY,
                          Plaintiff,

            v.                                        1:14-CV-0552
                                                                       (GTS/TWD)
JONATHAN LIPPMAN, et al.,

                        Defendants.
_____

APPEARANCES

UNIFIED NEW YORK COMMON LAW GRAND JURY
Plaintiff pro se
P.O. Box 59
Valhalla, NY 10595

GLENN T. SUDDABY, United States District Judge

### Order Directing Administrative Closure With Opportunity to Comply With Filing Fee Requirements

     Presently before the Court is a Notice of Removal filed by Plaintiff Unified New York Common Law Grand Jury. (Dkt. No. 1.) Plaintiff has neither applied to proceed *in forma pauperis* nor paid the filing fee for a civil action. The statutory fee for a civil action must be paid at the time an action is commenced, unless the plaintiff seeks *in forma pauperis* status. *See* 28 U.S.C. §§ 1914(a), 1915(a) (2006). The Court notes that only natural persons (as opposed to entities such as the Plaintiff group) may proceed *in forma pauperis*. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194 (1993). The authority cited in Plaintiff's "Notice of File on Demand" (Dkt. No. 2) does not entitle Plaintiff to proceed without the payment of the filing fee or the filing of an application to proceed *in forma pauperis*. Without the payment of the filing fee or an *in forma pauperis* application filed by an individual, the Court cannot take any action in this matter.

**WHEREFORE**, it is hereby

**ORDERED** that because this action was not properly commenced, the Clerk is directed to administratively close this action; and it is further

**ORDERED** that if Plaintiff desires to pursue this action, it must so notify the Court **WITHIN THIRTY (30) DAYS** of the filing date of this Order and **either** (1) pay the full $400.00 filing fee for civil actions; **or** (2) submit a completed and signed *in forma pauperis* application by an individual; and it is further

**ORDERED** that upon Plaintiff's compliance herewith, the Clerk shall reopen this action and forward it to the Court for review; and it is further

**ORDERED** that in light of this Order, no hearing will be scheduled for June 2, 2014, as requested by Plaintiff (Dkt. No. 5) and Plaintiff's letter motion requesting a hearing is thus **DENIED**; and is it further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff along with a blank *in forma pauperis* application.

Dated: May 23, 2014
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge