

(Page consists of four scanned envelopes addressed to:)

Hon. Gary L. Sharpe, Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Return addresses include:
- John Jacobs, Chewelah, Washington
- Wilma Johnson, Deer Lake, Washington
- Hannah H'Cohen, Chewelah, Washington
- Levi H'Cohen, Chewelah, Washington

Each envelope bears a "U.S. DISTRICT COURT - N.D. OF N.Y. FILED JUN 13 2014" stamp from Lawrence K. Baerman, Clerk - Syracuse.

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

*John Jacobson*

CASE NO. 1:14-CV-552

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552