

Okanogan, WA
98840

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 16 2014
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Hon. Gary L. Sharpe, Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

OMAK, WA
98841

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 16 2014
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Hon. Gary L. Sharpe, Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552

---

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552

---

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552

---

Hon. Glenn T. Suddaby -

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our Counties in Michigan. And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your DUTY!



Okanogan, WA
98840

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUN 16 2014

AT ____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Hon. Gary L. Sharpe, Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Okanogan, WA
98840

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUN 16 2014

AT ____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Hon. Gary L. Sharpe, Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

OMAK, WA
98841

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUN 16 2014

AT ____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Hon. Gary L. Sharpe, Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

98841

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUN 16 2014

AT ____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Hon. Gary L. Sharpe, Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552

---

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552

---

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552

---

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

CASE NO. 1:14-CV-552



OMAK, WA
98841

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 16 2014
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Hon. Gary L. Sharpe, Chief Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Hon. Gary L. Sharpe, Chief Judge

I am one of the People from Washington and we too have constituted Common Law Grand Juries in all of our counties.

And like New York's Unified Common Law Grand Jury we too demand you obey the "Law of the Land" and sign the "writ of mandamus" commanding State judges, clerks and other servants to obey the LAW, it is your duty!

<u>CASE NO. 1:14-CV-552</u>