16 June 2014

Dean Carpenter
4643 Maceachen Blvd.
Sarasota FL 34233

To: Gary L. Sharpe, Chief Judge
   James T. Foley U.S. Courthouse
   445 Broadway, Room 112
   Albany NY 12207

Florida is known as the Sunshine State and it's a good thing to have "sunshine" in all activities of taxpayer-funded government employees.

The concept of the Common Law Grand Jury goes back in history to the Magna Carta, and for justice is as essential today as it was in the past.

It has come to the attention of Common Law Grand Jurors, in Florida, that the will of the people is being stymied by obfuscation in CASE NO. 1:14-CV-552.

*You can fool all the people some of the time, and some of the people all the time, but you cannot fool all the people all the time.* - Abraham Lincoln

It is time to move forward with this case, by complying with the law.

Sincerely,

*Dean Carpenter*

Dean Carpenter

Dean Carpenter
4643 Maceachen Blvd
Sarasota FL 34233



18 JUN 2014 PM 6 L

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUN 2 3 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

Gary L. Sharpe, Chief Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany NY 12207

1220729Z534