# FILE ON DEMAND

**COMES NOW UNIFIED NEW YORK COMMON LAW GRAND JURY TO DEMAND** that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the clerk file the attached. Any clerk who fails to obey the law shall be prosecuted to the fullest extent of the law. Any attorney or judge advising or intimidating clerks to violate the law will also be prosecuted to the fullest extent of the law. Clerks, attorneys, judges and other officers of the court are expected to know the law. **18 USC § 2076** – Clerk is to file.

"As found in: New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York, 2 Black 620 (1863) Please take mandatory notice (Federal Rules of Evidence 201(d)) that Plaintiff has a lawful right to proceed without cost, based upon the following law: The U.S. Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also Crandall v. Nevada, 6 Wall 35). Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v. Henkel)( 201 U.S. 43)

**AMERICAN JURISPRUDENCE CONSTITUTIONAL LAW - §326 FREE JUSTICE AND OPEN COURTS**; Remedy for All Injuries.- In most of the state Constitutions there are provisions, varying slightly in terms, which stipulate that justice shall be administered to all without delay or denial, without sale or prejudice, and that the courts shall always be open to all alike. These provisions are based largely upon the Magna Charta, chap. 40, which provides; **"We will sell to no man. We will not deny to any man either justice or right."** The chief purpose of the Magna Charta provision was to prohibit the King from selling justice by imposing fees on litigants through his courts and to deal a death blow to the attendant venal and disgraceful practices of a corrupt judiciary in demanding oppressive gratuities for giving or withholding decisions in pending causes. It has been appropriately said that in a free government the doors of litigation are already wide open and must constantly remain so. The extent of the constitutional provision has been regarded as broader than the original confines of Magna Charta, and such constitutional provision has been held to prohibit the selling of justice not merely by magistrates but by the State itself.

A constitutional provision that right and justice shall be administered according to such guaranties is mandatory upon the departments of government. Hence, it requires that a cause shall not be heard before a prejudicial court. The word "prejudice" however, in the constitutional provision that justice shall be administered without prejudice, cannot be said to apply to contempt's committed by a litigant after he has accepted the forum. These guarantees cannot be destroyed, denied, abridged or impaired by legislative enactments.

**18 USC §1512** (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the <u>testimony</u> of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or <u>withhold a record, document,</u> or other object, <u>from an official proceeding;</u> (B) <u>alter, destroy, mutilate, or conceal</u> an object with intent to impair <u>the</u> object's <u>integrity or availability for use in an official proceeding;</u> ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly—(1) <u>alters, destroys, mutilates, or conceals a record, document,</u> or other object, <u>or attempts to do so,</u> with the intent <u>to impair the object's integrity or availability for use in an official proceeding;</u> or (2) otherwise <u>obstructs, influences, or impedes any official proceeding,</u> or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC § 2071** - Concealment, removal, or mutilation generally – (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

FILED JUNE 27TH 2014 IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
James T. Foley Courthouse; Suite 509; 445 Broadway; Albany, NY 12207

𝖀nified 𝕹ew 𝖄ork Common 𝕷aw 𝕲rand 𝕵ury:
PO Box 59; Valhalla, New York 10595

*U.S. DISTRICT COURT N.D. OF N.Y. FILED JUL 01 2014 LAWRENCE K. BAERMAN, CLERK ALBANY*

**Prov 29:2** *When the righteous are in authority, the people rejoice: but when the wicked beareth rule, the people mourn.*

# 𝕻RESENTMENT UNDER COMMON LAW

## 𝖆 𝕿rue 𝕭ill, by the People[1]

**COMES NOW THE CONSTITUTED[2] UNIFIED[3] COMMON LAW GRAND JURIES[4]** of the fifty united States of America; including New York, Florida, Connecticut, Rhode Island, New Jersey, New Hampshire, Arizona, Massachusetts, Maryland, Maine, Washington, Pennsylvania, Minnesota, West Virginia, Colorado, Alabama, Illinois, Kansas, Oregon, Michigan and Numerous other American counties from the following states yet to be unified: Alaska, Arkansas, California, Delaware, Georgia, Hawaii, Idaho, Indiana, Iowa, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Wisconsin and Wyoming.

**COMES NOW WE THE PEOPLE** of New York, concurred by the People of the united States of America to present this "True Bill" against Glenn T Suddaby in the Northern District of New York with the following Information and True Bill:

---

[1] **PEOPLE.** People are supreme, not the state. [Waring vs. the Mayor of Savanah, 60 Georgiaat 93]; The state cannot diminish rights of the people. [Hertado v. California, 100 US 516]; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

[2] **CONSTITUTED** - The People of each county have come together to agreed and declared a return to Common Law Juries.

[3] **UNIFIED** - Every county in the state has constituted the Common Law Juries.

[4] **COMMON LAW GRAND JURY** - Amendment V No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury...; The Court of Appeals' rule would neither preserve nor enhance the traditional functioning of the grand jury that the "common law" of the Fifth Amendment demands. UNITED STATES v. WILLIAMS, Jr.112 S.Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352

Because the judges holding New York Executive Offices, who are responsible for guarding the unalienable rights of the People, betrayed their oaths by knowingly involving themselves in a statewide conspiracy to rob and deny the People of their ordained constitutional republican form of government in exchange for power and profit violating USC 18 §201, USC 18 §241, USC 18 §242, USC 18 §245, USC 18 §341, USC 42 1983, USC 42 1985, RICO & conspiracy.

Said judges and other conspirators did engage knowingly in misleading conduct intimidating and persuading other persons to engages in misleading conduct with intent to prevent the testimony of the N.Y. Unified Common Law Grand Jury [NYUCLGJ] in an official proceeding by withholding and removing documents from an official proceeding, as is their manner; in violation of 18 USC §1512b, 18 USC §872, 18 USC §1346, 18 USC §201 and 18 USC §1961-68 [RICO]

On September 26th 2013 Chief Administrative Judge A. Gail Prudenti acting under the color of law exceeded her authority by starting a statewide campaign, in a disgraceful open conspiracy, to foil the efforts of the awakening People taking their proper seat in the courts as consentors of their servants in government. In Prudenti's 9-26-13 memorandum she instructed all county and court clerks to violate 18 USC § 2076 and 2071 by rejecting or removing the filing of documents by the People attempting to take back control of their out of control judiciary. These fascist tactics continued for more than six months as the momentum of the People grew from one State to Fifty in response to these shameful acts that threaten the very existence of the Land of the free.

On March 24th 2014 NYUCLGJ purchased an Index #7303-14 in Columbia County, N.Y. in order to file True Bills of Presentments and Informations. Said conspirators in violation of 18 USC § 2071 removed all the documents from that file.

On April 10th 2014 NYUCLGJ purchased Index #140384 in Greene County N.Y. in order to transfer the documents to a secure location under judicial auspices, then said conspirators, through Judge Raymond Elliott opened a chancery court, after being warned by writ of prohibition not to do so, to rule the people no standing and then prevented the filing of any more documents in violation of 18 USC § 2076.

On May 9th 2014, NYUCLGJ moved said files into the U.S. Northern District Court of N.Y. under case #1:14-cv-552 an Article III Court[5] in order to secure and protect the documents.

On May 14th 2014 NYUCLGJ notified, by postal mail and fax, every New York State Supreme Court Judge of the conspiracy, each having a duty to act, but instead chose felony rescue of their peers in violation of 18 USC § 2384, 42 USC §1986, and 18 USC § 2382, thereby solidifying the complete collapse of the New York Supreme Court Judiciary.

---

[5] **28 U.S. Code § 132** - Creation and composition of district courts (a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district.

We the people of the united States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, did ordain and establish the Constitution for the United States of America. **WHEREAS:** Glenn T Suddaby by oath to the same had a duty to perform and thereby was vested with the authority and a lawful duty to secure the Peoples constitutional republic, promised by the following:

> **Article IV Section 4.** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion;

> **Article VI.** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

*"State judges, as well as federal, have the responsibility to respect and protect persons from violations of federal constitutional rights."* Gross v. State of Illinois, 312 F 2d 257; (1963).

*"Decency, security, and liberty alike demand that government officials be subjected to the same rules of conduct that are commands to the citizen. In a Government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Crime is contagious. If government becomes a lawbreaker, it breeds contempt for the law...it invites every man to become a law unto himself...and against that pernicious doctrine, this court should resolutely set its face."* Olmstead v U.S., 277 US 348, 485; 48 S. Ct. 564, 575; 72 LEd 944.

Instead Glenn T Suddaby was found in bad behavior[6] and did obstruct justice and perform felony rescue in violation of 18 USC §1349, USC 42 §1986 and thereby enjoined the conspiracy to overthrow the People.

We the People moved said documents, on behalf of the American People in order to save the Republic, to the United States District Court for the Northern District of New York [an Article III Court], under Seal and thereby opened a Court of Record and became the Tribunal of the Supreme Court of the Land until a petit jury could receive the mantle to mete out justice.

Instead of performing his sacred duty, on May 23, 2014 Glenn T Suddaby under color of law seized the court by opening a Chancery Court, an inferior court not of record; even after being

---

[6] **GOOD BEHAVIOR.** The term "good behavior" means conduct that is authorized by law, and "bad behavior" means conduct such as the law will punish. State v. Hardin, 183 N.C. 815, 112 S.E. 593, 594. Orderly and lawful conduct; Huyser v. Com., 25 Ky.L. Rep. 608, 76 S.W. 175; In re Spenser, 22 Fed.Cas. 921. "Good behavior," means merely conduct conformable to law, or to the particular law theretofore breached. Ex parte Hamm, 24 N.M. 33, 172 P. 190, 191, L.R. A.1918D, 694; Baker v. Commonwealth, 181 Ky. 437, 205 S.W. 399, 401.

informed by Writ of Prohibition, Bill of Information and a Writ of Mandamus clearly revealing the extraordinary nature of this court;

Glenn T Suddaby then rendered a ruling by applying rules from several jurisdictions foreign to this court without leave of court, and finding that the orderly decorum of the court was replaced by defective impromptu process and usurpation of legislative and court powers without leave of court, therefore on May 27, 2014 the Tribunal impeached and rescinded the actions and statements made by Chancellor Glenn T Suddaby by Writ of Error, Quae Coram Nobis.

When Glenn T Suddaby failed to respond within 8 days to the Writ of Error to correct his error after being warned that We the People will determine for him the consequences of his action he snubbed the Tribunal, and now thereby found by the Unified Common Law Grand Jury in Bad Behavior which resulted in the issue of this True Bill.

To view a complete copy of this case it can be found at the United States District Court for the Northern District of New York file #1:14-cv-552.

## BY WHAT AUTHORITY WE THE PEOPLE ACT

> "We [*posterity of the founders*] hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, **deriving their just powers from the consent of the governed**..." Declaration of Independence.

The following was quoted in the 1992 case UNITED STATES v. WILLIAMS, Jr.112 S.Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352; Justice Antonin Scalia, writing for the majority, confirmed that "the American grand jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights".

> "[R]ooted in long centuries of Anglo-American history," Hannah v. Larche, 363 U.S. 420, 490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960) (Frankfurter, J., concurring in result), the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right.' " United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977). In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people. Stirone v. United States, 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4

L.Ed.2d 252 (1960); Hale v. Henkel, 201 U.S. 43, 61, 26 S.Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards, The Grand Jury 28-32 (1906). Although the grand jury normally operates, of course, in the courthouse and under judicial auspices, its institutional relationship with the judicial branch has traditionally been, so to speak, at arm's length. Judges' direct involvement in the functioning of the grand jury has generally been confined to the constitutive one of calling the grand jurors together and administering their oaths of office. United States v. Calandra, 414 U.S. 338, 343, 94S.Ct. 613, 617, 38 L.Ed.2d 561 (1974); Fed.Rule Crim.Proc 6(a)

The grand jury's functional independence from the judicial branch is evident both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised. "Unlike [a] [c]ourt, whose jurisdiction is predicated upon a specific case or controversy, the grand jury 'can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not.' " United States v. R. Enterprises, 498 U.S. ----, ---- , 111 S.Ct. 722, 726, 112 L.Ed.2d 795 (1991) (quoting United States v. Morton Salt Co., 338 U.S. 632, 642-643, 70 S.Ct. 357, 364, 94 L.Ed. 401 (1950)). It need not identify the offender it suspects, or even "the precise nature of the offense" it is investigating. Blair v. United States, 250 U.S. 273, 282, 39 S.Ct. 468, 471, 63 L.Ed. 979 (1919). The grand jury requires no authorization from its constituting court to initiate an investigation, see Hale, supra, 201 U.S., at 59-60, 65, 26 S.Ct., at 373, 375, nor does the prosecutor require leave of court to seek a grand jury indictment. And in its day-to-day functioning, the grand jury generally operates without the interference of a presiding judge. See Calandra, supra, 414 U.S., at 343, 94 S.Ct., at 617. It swears in its own witnesses, Fed.Rule Crim.Proc. 6(c), and deliberates in total secrecy, see United States v. Sells Engineering, Inc., 463 U.S., at 424-425, 103 S.Ct., at 3138; see Memorandum of Law on Authorities, attached

 

                                  Sealed and Delivered[7]

                                 _____

                                 Common Law Grand Jury Foreman

---

[7] **SEALED AND DELIVERED.** These words, fol. rowed by the signatures of the witnesses, constitute the usual formula for the attestation of conveyances.

# 𝕸emorandum 𝕺f 𝕷aw
## On 𝕬uthorities

**By Unified New York Common Law Grand Jury**

Updated 6-27-14

THE PURPOSE of this memorandum is to clarify the authority by which we the People act upon, the process we executed and the process we intend to proceed upon.

The United States Supreme Court case Boyd v. United States in 1922 proclaims the remedy of today's problems, when they said; "*It is the duty of the courts to be watchful for encroachments against Constitutional rights*"; in Olmstead v. United States[1] the court stated further: "*Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrup-u-lous-ly. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that, in the administration of the criminal law, the end justifies the means, to declare that the Government may commit crimes would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face,*" and so should every New York Court do, but they will not, so the People will.

The present jury system has been seized by our servants that created a deceptive façade used to empower themselves and not the People. Bar schools teach judges and attorneys that statutes of men, far removed from the People, overrule the law of the land. While both prosecutor(s) and judge(s) impose their will upon judicially ignorant people as they require juries to interpret statutes as law without opportunity to nullify. Whereas common law requires that the jury should judge both law and facts. Bar attorneys are true believers that the People are incompetent in law when in fact it is they! We the People know the law while BAR attorneys know statutes as law.

---

[1] Olmstead v. United States, 277 U.S. 438, 1928

Jefferson said: "*I know no safe depositary of the ultimate powers of the society but the people themselves; and if we think them not enlightened enough to exercise their control with a wholesome discretion, the remedy is not to take it from them, but to inform their discretion by education. This is the true corrective of abuses of constitutional power.*" He also said: "*An enlightened citizenry is indispensable for the proper functioning of a republic. Self-government is not possible unless the citizens are educated sufficiently to enable them to exercise oversight. It is therefore imperative that the nation see to it that a suitable education be provided for all its citizens.*"

But our servants in government have deceitfully removed the education of "Self-government", who's motive can only be more power. Therefore we the People, 1000's of us across the nation, are Self-educating in order to perform our duty. We reject any servant who arrogantly claims the People incompetent and that only they know what's best for us. We need to remind you we have government by the consent of the People and not by the consent of our servants and/or your BAR.

The People through the US Constitution gave no legislative authority to codify the administration of the jury. Common law requires that juries be chosen from an unfiltered pool from among the People by the People. The people when debating the body of the constitution, after discussions concerning the jury in the [anti]/federalist papers, deliberately left said authority out of the body, and then by design included unfettered authority by the People in the Bill of Rights as expressed in the 5th, 6th, and 7th Amendments. Making it clear that it is the right of the people to administer to the jury for the trying of people and not government servants.

Bar lawyers will then say that, "*the bill of rights is for the federal courts only*", but this is where bar schools, for treasonous reasons we can only conclude, failed again by <u>not</u> teaching the law of the land, a/k/a supremacy clause, which is as follows:

> **This Constitution**, and the **laws of the United States** which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the **supreme law of the land**; and the **judges in every state shall be bound thereby**, anything in the **Constitution or**

**laws of any State to the contrary notwithstanding**. -- US Constitution Article VI

Therefore common law is expressed in the supreme law of the land, whereas statutes that control the behavior and powers of the People are expressed in repugnant statutes that are *"null and void"*. Marbury v. Madison, 5th US (2 Cranch) 137, 180:

It is the actions of our servants that are without lawful support, and that which you claim is legal, is unlawful. The assumptions that anyone, but our servants forming grand juries would lead to chaos and anarchy is both unfounded, self serving and treasonous. The idea that the legislature has established the method and process for forming grand juries and that the remedy of the People is the corrupt ballot box is also absurd and fraudulent.

Lysander Spooner, author of Trial by Jury, clearly a favorite read by past and present United States Supreme court Justices, in Chapter 5 said; *"The powers of juries are not granted to them, by the people themselves, on the supposition that they know the law better than the justices; but on the ground that the justices are untrustworthy, that they are exposed to bribes, are themselves fond of power and authority, and are also the dependent and subservient creatures of the legislature; and that to allow them to dictate the law, would not only expose the rights of parties to be sold for money, but would be equivalent to surrendering all the property, liberty, and rights of the people, unreservedly into the hands of arbitrary power, (the legislature,) to be disposed of at its pleasure."*

In Chapter 6 he said; *"The term jury is a technical one, derived from the common law; and when the American constitutions provide for the trial by jury, they provide for the common law trial by jury; and not merely for any trial by jury that the government itself may chance to invent, and call by that name. It is the thing, and not merely the name, that is guaranteed. Any legislation, therefore, that infringes any essential principle of the common law, in the selection of jurors, is unconstitutional; and the juries selected in accordance with such legislation are, of course, illegal, and their judgments void, therefore the juries of the present day illegal"*

*"The powers of juries, therefore, not only place a curb upon the powers of legislators and judges, but imply also an imputation upon their integrity and trustworthiness; and these are the reasons why legislators and judges have formerly entertained the intense hatred of juries, and,*

*so fast as they could do it without alarming the people for their liberties, have, by indirection, denied, undermined, and practically destroyed their power. And it is only since all the real power of juries has been destroyed, and they have become mere tools in the hands of legislators and judges, that they have become favorites with them. A Common Law jury, therefore, insures to us what no other court does --- that first and indispensable requisite in a judicial tribunal, integrity".*

And in Chapter 7 Lysander Spooner said; "*The principle of chapter 28 of Magna Carta, as applicable to the governments of the United States of America, forbids that any officer appointed either by the executive or legislative power, or dependent upon them for their salaries, or responsible to them by impeachment, should preside over a jury in criminal trials. To have the trial a legal* (that is by common law) *and true trial by jury, the presiding officers must be chosen by the people, and be entirely free from all dependence upon, and all accountability to, the executive and legislative branches of the government. Therefore the foreman of the jury is properly the "Presiding Officer," so far as there is such an officer at all*".

Our intention is to bring justice back into the Peoples' out of control courts, that is destructive to the America envisioned by our founding fathers. Therefore the authority by which we act is in fact our inalienable right, is in fact founded, in that We the People are the posterity of our founding fathers, the inheritors of the documents that created the government that you serve in, and we resent the attitude that the People are not capable of self-government.

Whereas we read, Declaration of Independence: "*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, **deriving their just powers from the consent of the governed**, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their <u>Safety and Happiness</u> ...*" therein it is the Peoples' right, and it is our duty to alter that which is destructive to our Safety and Happiness by returning to common law juries and common law courts as it is written in the Constitution for the fifty united States of America.

This is further realized in the preamble of our constitution that it is "**The People that ordained and established the law**" where we read: "*We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, <u>do ordain and establish</u> this Constitution for the United States of America.*" And with these absolutes we further submit the following authorities by which the judges in every state "**shall**" be bound:

The authority of the People to form and administer to grand and petit juries is an unalienable right protected and secured by the 5th 6th and 7th Amendments. Whereas we read: "*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them*". <u>Miranda v. Arizona</u>[2]. "*The state cannot diminish rights of the people.*" <u>Hurtado v. The People of the State of California</u>[3]. "*All laws, rules and practices which are repugnant to the Constitution are null and void*" <u>Marbury v. Madison, 1803</u>[4].

In most State Constitutions an impartial jury is guaranteed, obviously when the government administers to the jury it can no longer be considered impartial, but tainted. How can it be when the government seeking a conviction by government paid lawmakers, government paid judges, government paid prosecutors, and government controlled juries that they call the jury impartial?

In the case <u>UNITED STATES v. WILLIAMS, 1992</u>[5]; Justice Antonin Scalia, writing for the majority said: "*This Court's cases relying upon that power deal strictly with the courts' control over their own procedures, whereas the grand jury is an institution separate from the courts, over whose functioning the courts do not preside, rooted in long centuries of Anglo-American history*, citing <u>Hannah v. Larche</u>[6]". Justice Antonin Scalia continued, "*courts neither preserve nor enhance the traditional functioning of the grand jury that the "common law" of the Fifth Amendment demands. The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It 'is a constitutional fixture in its own right*, citing <u>United States v. Chanen,</u>

---

[2] Miranda v. Arizona, 384 US 436, 491
[3] Hurtado v. People of the State of California, 110 U.S. 516.
[4] Marbury v. Madison, 5th US (2 Cranch) 137, 174, 176,(1803)
[5] UNITED STATES v. WILLIAMS; 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992)
[6] Hannah v. Larche, 363 U.S. 420, 490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960)

1977 quoting Nixon v. Sirica, 1973[7]. *In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people*, citing Stirone v. United States, 1960; Hale v. Henkel, 1906; G. Edwards, The Grand Jury pgs 28-32 1906[8]".

Justice Antonin Scalia continued "*Although the grand jury normally operates, of course, in the courthouse and under judicial auspices, its institutional relationship with the judicial branch has traditionally been, so to speak, at arm's length. The grand jury's functional independence from the judicial branch is evident both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised. "Unlike a court, whose jurisdiction is predicated upon a specific case or controversy, the grand jury can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not*, citing United States v. R. Enterprises, 1991 quoting United States v. Morton Salt Co., 1950[9]. *The Grand Jury need not identify the offender it suspects, or even the precise nature of the offense it is investigating*, citing Blair v. United States, 1919[10]. *The grand jury requires no authorization from its constituting court to initiate an investigation nor does the prosecutor require leave of court to seek a grand jury indictment*, see Hale, supra[11]. *The grand jury in its day-to-day functioning generally operates without the interference of a presiding judge*, see Calandra, supra[12]. *The grand jury swears in its own witnesses and deliberates in total secrecy*, see United States v. Sells Engineering, Inc.,[13]. *We have insisted that the grand jury remain free to pursue its investigations unhindered by external influence or supervision so long as it does not trench upon the legitimate rights of any witness called before it*, citing United States v. Dionisio, 1973[14]. *Recognizing this tradition of independence, we have said that the Fifth Amendment's constitutional guarantee presupposes an investigative body 'acting independently of either*

---

[7] United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977)

[8] Stirone v. United States, 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4 L.Ed.2d 252 (1960); Hale v. Henkel, 201 U.S. 43, 61, 26 S.Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards, The Grand Jury 28-32 (1906)

[9] United States v. R. Enterprises, 498 U.S. ----, ---- , 111 S.Ct. 722, 726, 112 L.Ed.2d 795 (1991) (quoting United States v. Morton Salt Co., 338 U.S. 632, 642-643, 70 S.Ct. 357, 364, 94 L.Ed. 401 (1950))

[10] Blair v. United States, 250 U.S. 273, 282, 39 S.Ct. 468, 471, 63 L.Ed. 979 (1919)

[11] Hale, supra, 201 U.S., at 59-60, 65, 26 S.Ct., at 373, 375

[12] Calandra, supra, 414 U.S., at 343, 94 S.Ct., at 617.

[13] United States v. Sells Engineering, Inc., 463 U.S., at 424-425, 103 S.Ct., at 3138

[14] United States v. Dionisio, 410 U.S. 1, 17-18, 93 S.Ct. 764, 773, 35 L.Ed.2d 67 (1973).

*prosecuting attorney or judge*, citing Stirone, supra[15]. *We have said that certain constitutional protections afforded defendants in criminal proceedings have no application before the Grand Jury, citing* Ex parte United States, 1932; United States v. Thompson, 1920[16]". *We have twice suggested, though not held, that the Sixth Amendment right to counsel does not attach when an individual is summoned to appear before a grand jury, even if he is the subject of the investigation*". United States v. Mandujano, 1976; In re Groban, 1957; Fed.Rule Crim.Proc. 6(d).[17]

In conclusion Justice Antonin Scalia said "*Given the grand jury's operational separateness from its constituting court, it should come as no surprise that we have been reluctant to invoke the judicial supervisory power as a basis for prescribing modes of grand jury procedure. Over the years, we have received many requests to exercise supervision over the grand jury's evidence-taking process, but we have refused them all, we declined to enforce the hearsay rule in grand jury proceedings, since that "would run counter to the whole history of the grand jury institution, in which laymen conduct their inquiries unfettered by technical rules*"[18].

Hume calls the Trial by Jury "An institution admirable in itself, and the best calculated for the preservation of liberty and the administration of justice, that ever was devised by the wit of man."

Therefore "We the People", affirm and proclaim the unalienable right to consent or deny the actions of our elected servants through the Common Law Jury as our founding fathers provided for in the 5th, 6th, and 7th Amendments. As Justice Antonin Scalia put it; "*The Grand Jury is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights it is a constitutional fixture in its own right[19], in fact the whole theory of its function is that it belongs to no branch of*

---

[15] ..." Id., at 16, 93 S.Ct., at 773 quoting Stirone, supra, 361 U.S., at 218, 80 S.Ct., at 273
[16] See Ex parte United States, 287 U.S. 241, 250-251, 53 S.Ct. 129, 132, 77 L.Ed. 283 (1932); United States v. Thompson, 251 U.S. 407, 413-415, 40 S.Ct. 289, 292, 64 L.Ed. 333 (1920).
[17] United States v. Mandujano, 425 U.S. 564, 581, 96 S.Ct. 1768, 1778, 48 L.Ed.2d 212 (1976) (plurality opinion); In re Groban, 352 U.S. 330, 333, 77 S.Ct. 510, 513, 1 L.Ed.2d 376 (1957); see also Fed.Rule Crim.Proc. 6(d).
[18] Id., at 364, 76 S.Ct., at 409.
[19] United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977)

*the institutional government, serving as a kind of buffer or referee between the Government and the people"*. We the People demand that tyrant servants step aside.

On February 27th 2014 New York was the first state to constitute the reinstatement of the Common Law Juries in all sixty-two counties. By placing news releases in local papers in each county and inviting people by phone, email and newspaper for a presentation and then a showing of hands to reinstate the Peoples unalienable right of the Common Law Jury. In all but one county, where two people declined it was unanimous.

Since then eighteen other states have joined New York in constituting the process in every county within their state, they are Florida, Connecticut, Rhode Island, New Jersey, New Hampshire, Arizona, Massachusetts, Maryland, Maine, Washington, Pennsylvania, Minnesota, West Virginia, Colorado, Alabama, Illinois, Kansas and Oregon; And we anticipate the remaining thirty-one states to become constituted in all their counties before the end of July 2014. The following is the Declaration of each American County.

# Declaration

**W**e the people of [*each American*] County by the mercy and Grace of God having blessed us with the unalienable right of the people as Grand Jurors, secured by the V Amendment of the Bill of Rights for the United States of America, in order to establish justice, insure domestic tranquility, secure the blessings of liberty to ourselves and our posterity by the securing of Natural Law do ordain and establish this Grand Jury principled upon Justice, Honor and Grace for a perpetual administration of trust on behalf of the people.

**O**n [*date*] the people of [*each American*] County of [*each State*] Constituted a Grand Jury by electing to reestablish the Peoples Jury to be filed with the county clerk and the court clerk.

**T**his declaration by the consent of the people shall be sufficient for the establishment of this Grand Jury presented to the people and to be recorded with the County Clerk and the Supreme Court Clerk on this _____ day of _____ in the year of our Lord Two Thousand and Fourteen and in the two hundred and thirty eight year of our independence of the united States of America. In witness hereof by three:

```
S       Witness #1 _____
E
A       Witness #2 _____
L
        Witness #3 _____
```

**C**ONSTITUTION OF A COMMON LAW GRAND JURY - Inasmuch as for the sake of God, for the bettering of our sovereignty, and for the more ready healing of the discord which has arisen between us and our civil servants, wishing to establish justice, insure domestic tranquility, and secure the blessings of liberty to enjoy forever in its entirety. The people may select at their pleasure twenty five people from the sovereignty, who ought, with all their strength, to observe, maintain; and cause to be observed, the peace and unalienable rights. If any of our civil servants shall have transgressed against any of the people in any respect and they shall ask us to cause that error to be amended without delay, or shall have broken some one of the articles of peace or security, and their transgression shall have been shown to four Jurors of the aforesaid twenty five and if those four Jurors are unable to settle the transgression they shall come to the twenty-five, showing to the Grand Jury the error which shall be enforced by the law of the land. [**MAGNA CARTA, JUNE 15, A.D. 1215, 61.**]

**D**UTY OF THE GRAND JURY - If anyone's unalienable rights have been violated, or removed, without a legal sentence of their peers, from their lands, home, liberties or lawful right, we [the twenty-five] shall straightway restore them. And if a dispute shall arise concerning this matter it shall be settled according to the judgment of the twenty-five Grand Jurors, the sureties of the peace. [**MAGNA CARTA, JUNE 15, A.D. 1215, 52.**]

**A**UTHORITY OF A COMMON LAW GRAND JURY  - No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. [**BILL OF RIGHTS AMENDMENT V**]

This right of Declaration of self rule was rejected by our arrogant servants who think they are the Masters. This is the Peoples peaceful Revolution to take back our Republic. America stands at the precipice, and if our hired servants who have taken hold of our house of justice continues to resist, thereby preventing the only institution capable of solving her problems. The People will not give up their Liberty and are willing to give their lives for Justice and their posterity. The People come with an olive branch, and to the alternative will meet force with equal force[20].

President Kennedy said; *"A revolution is coming – a revolution which will be peaceful if we are wise enough; compassionate if we care enough; successful if we are fortunate enough – but a revolution which is coming whether we will it or not. We can affect its character; we cannot alter its inevitability"*. This great fallen hero and martyr before giving his life went on to say; *"Those who make peaceful revolution impossible will make violent revolution inevitable"*. It is at this precipice we stand today, it is for this purpose we are here today and we resolutely set our face, and by the grace of our God we will succeed today:

It has taken the people fifty years to realize and react to President Kennedy's warning of the Revolution that unfolds before us, as we stand at that precipice, that will decide the fate of America. This judicial action is our peaceful and compassionate response in an endeavor to positively affect its character.

---

[20] Plummer v. State, 136 Ind. 306.; John Bad Elk v. U.S., 177 U.S. 529.; Housh v. People, 75 111. 491; State v. Leach, 7 Conn. 452; State v. Gleason, 32 Kan. 245; Ballard v. State, 43 Ohio 349; State v Rousseau, 241 P. 2d 447; State v. Spaulding, 34 Minn. 3621.; Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.; State v. Robinson, 145 ME. 77, 72 ATL. 260.; State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.; Adams v. State, 121 Ga. 16, 48 S.E. 910; Runyan v. State, 57 Ind. 80; Miller v. State, 74 Ind. 1.