14-cv-552

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 15 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

# FILE ON DEMAND

**COMES NOW UNIFIED NEW YORK COMMON LAW GRAND JURY TO DEMAND** that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the clerk file the attached. Any clerk who fails to obey the law shall be prosecuted to the fullest extent of the law. Any attorney or judge advising or intimidating clerks to violate the law will also be prosecuted to the fullest extent of the law. Clerks, attorneys, judges and other officers of the court are expected to know the law. – Clerk is to file. **18 USC § 2076** Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**18 USC §1512** (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the <u>testimony</u> of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or <u>withhold a record, document</u>, or other object, <u>from an official proceeding</u>; (B) <u>alter, destroy, mutilate, or conceal</u> an object with intent to impair <u>the</u> object's <u>integrity or availability for use in an official proceeding</u>; ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly—(1) <u>alters, destroys, mutilates, or conceals a record, document</u>, or other object, <u>or attempts to do so</u>, with the intent <u>to impair the object's integrity or availability for use in an official proceeding</u>; or (2) otherwise <u>obstructs, influences, or impedes any official proceeding</u>, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC § 2071** - Concealment, removal, or mutilation generally – (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

# 𝔘nified 𝔑ew 𝔜ork 𝔠ommon 𝔏aw 𝔊rand 𝔍ury:

FILED JULY 14ᵀᴴ 2014 IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK CASE:

## 𝔅ill 𝔒f 𝔍nformation

### CONSPIRACY THEORIST - DOMESTIC TERRORIST - MENTAL DISORDERS

𝔗he 𝔠ommon 𝔏aw 𝔊rand 𝔍ury on behalf of the 𝔓eople of whom custody by virtue of its prerogative is had, submits this complaint to the judiciary for Action. *"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading..."*[1]

**COMES NOW THE CONSTITUTED**[2] **UNIFIED**[3] **COMMON LAW GRAND JURIES**[4] of the fifty united States of America; including New York, Florida, Connecticut, Rhode Island, New Jersey, New Hampshire, Arizona, Massachusetts, Maryland, Maine, Washington, Pennsylvania, Minnesota, West Virginia, Colorado, Alabama, Illinois, Kansas, Oregon, Michigan, Vermont, South Dakota, Tennessee, Montana, Arkansas, California, Indiana, Mississippi, Nebraska, Ohio, and Numerous other American counties from the following states yet to be unified: Texas, Delaware, Alaska, Kentucky, Georgia, Hawaii, Idaho, Iowa, Louisiana, Missouri, Nevada, New Mexico, North Carolina, North Dakota, Oklahoma, South Carolina, Utah, Virginia, Wisconsin and Wyoming to inform both the state and federal judiciary in all states of the pending dangers and to command that all judges perform their duty to guarantee to every state in this union a republican form of government and protect each of them against invasion.

The purpose of this Information is to expose the fascist tactics, being used by tyrants that have infiltrated our government, at all levels, in an effort to enslave the sovereign People of America, classifying sovereign citizens, a/k/a the People, as terrorists or having mental disorders, for challenging authority and demanding their unalienable rights, thereby concluding People incapable of defending themselves. This is in fact a communist conspiracy to destroy America,

---

[1] U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.
[2] **CONSTITUTED** - The People of each county have come together to agreed and declared a return to Common Law Juries.
[3] **UNIFIED** - Every county in the state has constituted the Common Law Juries.
[4] **COMMON LAW GRAND JURY** - Amendment V No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury...; The Court of Appeals' rule would neither preserve nor enhance the traditional functioning of the grand jury that the "common law" of the Fifth Amendment demands. UNITED STATES v. WILLIAMS, Jr.112 S.Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352

in turn, espoused extermination of the people they considered to be "racially and cognitively compromised".

Under the Obama administration the APA created the new Diagnostic and Statistical Manual (5th Edition) which was recently adopted. DSM 5 is highly controversial and has sparked outrage from the mental health practitioners. As many of these practitioners point out, the new DSM-V makes a pathology out of simple and normal behaviors such as grieving for the loss of a loved one. This constitutes a new subjective approach in diagnosing of mental illness that promises to end free speech and any form of political dissent. The federal government has already declared anyone who oppose its unconstitutional policies as having "political paranoia," which is now diagnosed as a type of mental illness.

Paper terrorism is a neologism to refer to the use of false liens, frivolous lawsuits, bogus letters of credit, and other legal documents lacking sound factual basis as a method of harassment, especially against government officials. These methods are popular among some anti-government groups and those associated with the redemption movement. Mark Pitcavage of the Anti-Defamation League states that these methods were pioneered by the Posse Comitatus, an absurd statement in another attempt to discredit common law powers, when in fact the Posse comitatus (common law) gives the authority of a "law officer" to conscript able-bodied males to assist him in an emergency. The Posse Comitatus Act is the United States federal law (18 U.S.C. §1385, original at 20 Stat. 152) that was passed on June 18, 1878, after the end of Reconstruction and was updated in 1981. Its intent (in concert with the Insurrection Act of 1807) was to limit the powers of Federal government in using federal military personnel to enforce the state laws.

If these false liens, frivolous lawsuits, bogus letters of credit, and other legal documents lack sound factual basis why aren't they just defeated in a court of law, the reason they cannot is because of the fiction of equity courts, that corporatists have been using to fleece the People for over a hundred years, and now that the People discovered how to use the equity courts of fiction to get justice from the judges and lawyers that have been making a fortune at this fraud, now cry foul when their own tactics are used against them.

Violent confrontations are rare, but the FBI says at least six police officers have been killed by sovereigns since 2000 when A man tied to the movement shot and killed a California Highway Patrol officer who stopped him in Contra Costa County in 2010. A responding officer shot and

killed the assailant. The agency claim these sovereign citizens number between 100,000 and 300,000 labeling them a "domestic terrorist movement."

In the 1990s, political dissenters were labeled "conspiracy theorists" and as being mentally ill. In the 2000s, dissenters were labeled domestic terrorists. The Missouri Information Analysis Center (MIAC Report) labeled Ron Paul, Bob Barr, Chuck Baldwin, in fact, all Libertarians as Terrorists. People were declared a to be domestic terrorists if they supported Ron Paul, demanded the government follow the Constitution, were pro-Second Amendment, were a Libertarian, a Constitutionalist, a returning veteran or were opposed in any way to the Federal Reserve.

These tyrants that motivate useful idiots to bring in communism, call themselves progressives and control both parties, they have seized control of our government, and are working overtime to cast legitimate dissenters in a negative light, simply by associating a word with an evil act. In contemporary vernacular, the term sovereign citizen has its roots in a shoot-out, following a routine traffic stop in Arkansas, aforementioned, which turned into an violent confrontation between police and a father-son pair of so-called "sovereign citizens." According to the corporate-controlled media, this event, which occurred on July 1, 2010, "brought attention to a so called '<u>secretive and dangerous subculture</u>' who believe American laws don't apply to them." In short, if you do not like some aspect of government, you are now one of the new domestic terrorists and should be subject to governmental control outside the bounds of constitutional protections.

This latest globalist trick to quell dissent, and subsequently violate the rights of legitimate government protesters, is to label them "SOVEREIGN CITIZEN." The term "sovereign citizen" is deceptive because in political discussions about who has the power in society, the term gets used quite often. For example, if the people are the sovereign, then the people have power over the government. If, on the other hand, the government has power over the citizenry, it could be accurately said that the government is the sovereign.

The strategy is simple: if one criticizes the government in any form they can be labeled a sovereign citizen. If the government can label one a sovereign citizen, then that citizen has no rights, and ostensibly, the government can do what they will with that citizen. This is a very slippery slope and the government and its police agencies are fully committed to this strategy.

Police Magazine (www.PoliceMag.com) which goes out to every police department in America addresses and defines a sovereign citizen as the "New Domestic Terrorist." This magazine's comprehensive definition of what constitutes a sovereign citizen *includes* minor offenses such as the manufacture of fraudulent license plates, registration cards, or currency (e.g. use of gold coins). These people should be considered armed and dangerous; calling in of a SWAT team during routine traffic stops might not be an overreaction to the threat posed by sovereigns. They might complain about mortgage fraud, or banking fraud. The police are cautioned to be on the lookout for words like "Indigenous," "Sovereign," "Diplomatic," "Exempt," or "Private Property" displayed on the personalized license plates. Police officers are advised that Sovereigns will engage in willful terrorism by video-recording their interactions with law enforcement officers. Police are also cautioned to be aware of certain "dangerous key words" that sovereigns are likely to use such as "oath of office", "traveling in a private capacity", "domicile" and the "14th Amendment."

New York Statutes say that the "**PEOPLE ARE SOVEREIGN**" –

> **NEW YORK CODE - N.Y. CVR. LAW § 2 : NY Code - Section 2:** Supreme sovereignty in the people - No authority can, on any pretence whatsoever, be exercised over the citizens of this state, but such as is or shall be derived from and granted by the people of this state.

The United States Supreme Court says "**SOVEREIGNTY ITSELF REMAINS WITH THE PEOPLE**"

> *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power..."* Yick Wo v. Hopkins [5]

The United States Supreme Court says "**THE SOVEREIGN MAKES THE LAW**" law is made by the people (constitution) not legislators. The constitution permits limited statute making and the control of the behavior of people is not among them.

---

[5] Yick Wo v. Hopkins, 118 US 356, 370 Quotiens dubia interpretatio libertatis est, secundum libertatem respondendum erit

> *"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."* <u>American Banana Co. v. United Fruit Co.,</u>[6]

The New York Supreme Court says People of New York are as **sovereign as any king** before us.

> *"The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative"*. <u>Lansing v. Smith</u>[7]

The United States Supreme Court says **people under common law have the defense of sovereign immunity** against all legislated laws.

> *"The doctrine of Sovereign Immunity is one of the Common-Law immunities and defenses that are available to the Sovereign."* <u>Yick Wo v. Hopkins</u>[8]

The United States Supreme Court says **sovereignty dwells in the People**.

> *"In United States, sovereignty resides in people. The Congress cannot invoke the sovereign power of the People to override their will as thus declared."* <u>Perry v. US</u>[9]

The New York Supreme Court says **People of all states are categorically sovereign**.

> *"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."* <u>Lansing v. Smith</u>[10]

The United States Supreme Court says: **sovereignty is fixed and absolute in the People**.

> *"Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people,"* <u>Minor v. Happersett</u>[11]

The United States Supreme Court says: **Sovereignty abides in the People not gov. servants**.

---

[6] American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047
[7] Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.
[8] Yick Wo v. Hopkins, 318 US 356, 371 and Terry v. Ohio, 392 US 1, 40
[9] Perry v. US, 294 U.S330
[10] Lansing v. Smith, 4 Wendell 9, (NY) 6 How416, 14 L. Ed. 997.
[11] In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626

> *"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government."* Spooner v. McConnell[12]

The United States Supreme Court says: the **People are sovereigns without subjects**

> *"...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..."* Chisholm v. Georgia[13]

The United States Supreme Court says: **public agencies exist to aid people, not lord over them**

> *"It is the public policy of this state that public agencies exist to aid in the conduct of the people's business.... The people of this state do not yield their sovereignty to the agencies which serve them..."* Chisholm v. Georgia[14]

The United States Supreme Court says: **Either People are sovereign or government is sovereign they cannot co-exist.**

> *"The words "sovereign state" are cabalistic words* (hidden meaning), *not understood by the disciple of liberty, who has been instructed in our constitutional schools. It is our appropriate phrase when applied to an absolute despotism. The idea of sovereign power in the government of a republic is incompatible with the existence and foundation of civil liberty and the rights of property".* Gaines v. Buford[15]


## RIGHTS TRUMP STATUES AND CODE

The United States Supreme Court says: **Bill of Rights are not to be defeated by statutes**.

> *"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice."* Davis v. Wechsler

The United States Supreme Court says: **No rule making on rights**

---

[12] Spooner v. McConnell, 22 F 939 @ 943
[13] Chisholm v. Georgia (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472
[14] Chisholm v. Georgia (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472
[15] Gaines v. Buford, 31 Ky. (1 Dana) 481, 501

> "*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them.*" Miranda v. Arizona[16]

The United States Supreme Court says: **no statutes to prevent rights**

> "*There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights.*" Sherer v. Cullen[17]

> "*The state cannot diminish rights of the people.*" Hurtado v. People of the State of California[18]

Constitution for the United States of America, Article VI, Clause 2 is the **LAW OF THE LAND**

> "*This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*"

So how did we get from the People being sovereign to the conclusion that sovereigns are terrorists? The answer is simple: the progressives of both major parties simply despise the America that our fathers founded and they are resolute on destroying the foundation of LAW our founders established, and replacing it with codes or statutes. Lawyers are taught by progressive BAR law schools that statutes are law and that common law has been abrogated. Statutory law and common law, i.e. natural law, are like mixing oil and water; they are a contradiction to each other; you either have one or the other. As William Penn said: "*Men must be governed by God* [common law] *or they will be ruled by tyrants*" [statutes].

| **Equity Law** | **Common Law** |
|---|---|
| Federal Legislated statutes that control peoples' behavior | Declaration of Independence |
| State Legislated statutes that control peoples' behavior | US Constitution |
| County Legislated statutes that control peoples' behavior | Bill of Rights |
| Town Legislated statutes that control peoples' behavior | Magna Carta |
| City Legislated statutes that control peoples' behavior | Holy Bible |
| Mind of man trying to control every aspect of your life | Mind of God, So each man controls his own behavior and answer to the People (Grand Jury) if they injure or violate someone. |

---

[16] Miranda v. Arizona, 384 US 436, 491.
[17] Sherer v. Cullen, 481 F 946.
[18] Hurtado v. People of the State of California, 110 U.S. 516.

> *"Government is not reason; it is not eloquent; it is force. Like fire, it is a dangerous servant and a fearful master."* **George Washington**

Being sovereign is the American experiment. Tyrants want the People to be subject to them and not free and independent, that is sovereign! Presently these tyrants lord over us with "unconstitutional legislation" called statutes, because We the People have been so dumb-down that we don't realize what the law is, until we start puzzling over it and start reading books. The people who are waking up, and standing up in the courts and elsewhere are being labeled "sovereigns" which law enforcement are being taught means terrorist and cop killers.

Police across the Nation are being militarized and soon they will be going out on "operations" instead of patrol and you will be caught up in arresting and killing people in the name of America, after all they are just sovereign terrorists. If the People don't learn the truth about liberty and lead others in Honor we will be like any other occupied third world country with no hope and at the mercy of two bit tyrants.

Attached is a Bulletin circulated by the New York State Supreme Courts, labeled "Person of Interest", proclaiming the subject of the circular as a "Sovereign Citizen" based on paperwork filed, see Kings County NT Docket # 08530-2012 (<u>a file in process of being sanitized by Chief Administrative Judge A. Gail Prudenti acting under the color, and presently under indictment and further investigations by the Common Law Grand Jury</u>) and see attached poster; which quotes in said subject's defense the U.S. Constitution, Bill of Rights, Declaration of Independence, U.S. Supreme Court rulings, the Bible and Blacks Law legal dictionary. These quotes are lawful, patriotic and can only be interpreted as terror by tyrants, certainly the United States Supreme Court sees them as law, for most are their quotes.

As detailed in the original May 20th 2014 Bill of Information, "Sovereign Citizens" which law enforcement are being taught means terrorist and cop killers, this is extremely dangerous. We the UNYCLGJ are appalled by this anti-American tactic and can only conclude that its purpose is to intimidate and incite violence against the People who believe in law and our founding principles, whereas we can only conclude that the said tyrants are indeed the terrorists.

**CONCLUSION:** Marxist and Communist have infiltrated our government, at all levels in a conspiracy to enslave the America People. Theses tyrants under the name of progressives control both parties and have been quite successful in classifying sovereign People (citizens) as terrorists

or having mental disorders within the judiciary and law enforcement agencies. They cast legitimate dissenters in a negative light, simply by associating the word "<u>sovereign</u>" with an evil act. Whenever the peaceful sovereign People challenge the authority of their government servants they find themselves surrounded by violent policemen itching to rumble, sent by tyrants because the sovereign mind is a threat to the Marxists status quo.

Awakened sovereigns are not mentally ill, nor are sovereigns, terrorists! They are just People discovering their, purposely hidden, American roots and in that discovery have come to realize by the contrast of today's America and the America envisioned by our founding fathers, that our government servants are; not obeying the Constitution, trashing the Bill of Rights and are turning America into a militarized zone. We are one step away from martial law and the Judeo Christian American is their primary target. Light is always a threat to darkness.

It is the duty of Judges to answer and act: "*All that is necessary for the triumph of evil is that good men do nothing.*" **Edmund Burke**. Failure to act when one has a duty to act is fraud and thereby places said Judge in dishonor and thus is subject to removal from office through a true bill.

*Signed by* ORDER *and on behalf of the* UNIFIED NEW YORK COMMON LAW GRAND JURY

May 20, 2014

_____
Administrator

𝕮𝖔𝖓𝖈𝖚𝖗𝖗𝖊𝖉 𝖇𝖞





**LAW ENFORCEMENT SENSITIVE**



# NEW YORK STATE COURTS
### DEPARTMENT OF PUBLIC SAFETY



Circular I461-121912       April 8, 2014 @ 1300 hrs

# Person of Interest



NAME:
DOB: 10/13
NYSID:
FBI:
SEX: Male
HEIGHT: 5ft 11 inches
WEIGHT: 175 lbs
HAIR COLOR: Black
EYE COLOR: Brown
Last Known Address
                Brooklyn NY

The above pictured subject has been identified as a Sovereign Citizen based on the paperwork that has been filed upon the court, the Kings County District Attorney's office and the 73rd Precinct. The above is known at            . Mr.            severed all parties involved in his case with his own version of a Supreme Court Kings County Indictment. Mr.            listed two New York State Judges as the defendants on his own generated paperwork.

On three separate dates paperwork has been personally severed upon parties involved. The most recent attempt was made on 4/4/14 by Mr.            himself inside 320 Jay Street. He is scheduled to appear in Brooklyn Supreme Court in Tap A on 6/1/2014. His case is carried under indictment # 08030-2012. He is charged with CPCS 3, CPCS5 and CPCS7.

If the above subject is seen in and or around a New York State Courthouse special attention should be taken. Any encounter should be documented and proper notifications be made to the command's operations office and the Department of Public Safety.

## DO NOT DETAIN SUBJECT BASED ON THIS BULLETIN

Bulletin created by Lieutenant Robert Foster, Department of Public Safety. Phone number 646 772 4149 and email address            @nycourts.gov

**LAW ENFORCEMENT SENSITIVE**