UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIFIED NEW YORK COMMON LAW GRAND JURY<br><br>vs.<br><br>JONATHAN LIPPMAN, et al. | No. 1:14-cv-552 (GTS/TWD) |

## ORDER TO STRIKE

     **IT IS HEREBY ORDERED**, that the Petition for Writ of Mandamus (Dkt. No. 7), Submission from non-party filers (Dkt. No. 8), Submission from Non-party filer (Dkt. No. 9), Letter from Dean Carpenter (Dkt. No. 10), Amended Motion for Writ of Mandamus (Dkt. No. 11), File on Demand/True Bill/Memorandum of Law (Dkt. No. 12), File on Demand/Bill of Information (Dkt. No. 13) and File on Demand/True Bills (1-9) (Dkt. No. 14) in the above-entitled action shall be stricken from the docket and those documents will not be considered by the Court as there is no case pending in this Court. This case was ordered administratively closed on 5/23/14 (Dkt. No. 6) for the plaintiff's failure to pay this Court's filing fee or file a motion to proceed *in forma pauperis*.

SO ORDERED,

DATED:   July 29, 2014
              Syracuse, NY

*/s/ Glenn T. Suddaby*
Hon. Glenn T. Suddaby
U.S. District Judge